UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 26-1510-MWF(AGRx)**                    **Date:  March 20, 2026**
Title:        ***Mario Mendoza v. Fishing Boat Culinary Arts Corp., et al.***

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On February 12, 2026, Plaintiff Mario Mendoza commenced this action against Defendants Fishing Boat Culinary Arts Corp. and YSW Investments, LLC. (Complaint (Docket No. 1)).

On February 23, 2026, the Court filed a Notice to Parties: ADA Disability Access Litigation.  (ADA Notice (Docket No. 9)).  Pursuant to the ADA Notice, Plaintiff was directed to serve the three documents (the ADA Packet) on Defendants at the same time the summons and complaint were served, if possible.  (*Id.* at ¶ 2).

On March 5, 2026, Plaintiff filed a Proof of Service reflecting personal service of the Summons, Complaint, and other case initiating documents on Defendant Fishing Boat Culinary Arts Corp. ("Fishing Boat").  (Docket No. 13).  The Proof of Service reflects that Defendant Fishing Boat was served on March 3, 2026, after the Court filed the ADA Notice.  The Proof of Service does not include service of the ADA Packet as required by the ADA Notice.

The Court **ORDERS** Plaintiff to show cause why Defendant Fishing Boat should not be dismissed for failure to comply with the Court's orders.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 27, 2026:**

■ BY PLAINTIFF: Proof of Service of the ADA Packet on Defendant Fishing Boat.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  **CV 26-1510-MWF(AGRx)**                 **Date:  March 20, 2026**
Title:     *Mario Mendoza v. Fishing Boat Culinary Arts Corp., et al.*

Plaintiff should not pursue or file an application for the Clerk to enter default absent a proper proof of service of the ADA Packet.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **March 27, 2026,** will result in the dismissal of Defendant Fishing Boat from this action.

IT IS SO ORDERED.